| PURCHASE ORDER # 01860 | | |
|---|---|---|
| **Order placed to:** | **Order placed by:** | **Deliver to:** |
| Hunt Investments LL<br>1309 Coffeen Avenue<br>Suite 10111, Sheridan, WY 82801, USA<br>Phone:<br>Fax:<br>Contact:<br>E-Mail: | VT AERO TRADING L.L.C<br>Office No- 301, Al Wasl Building,<br>Bur Dubai<br>Dubai<br>United Arab Emirates<br>Phone: +971 56 891 3796<br>Fax:<br>Contact:<br>E-Mail: info@vtaero.com | PARTS OF AMERICA FZCO.<br>DUBAI COMMERCITY<br>BUSINESS CLUSTER BLD3,6<br>UNIT BCB3 319-SD0<br>United Arab Emirates<br>Phone:<br>Fax:<br>Contact:<br>E-Mail:<br>Ship by: NOT APPLICABLE |

| Item: | Part Number: | Description: | CD: | Unit cost: | Currency: | Qty: | Total: |
|---|---|---|---|---|---|---|---|
| 1 | 2-1693-1 | BRAKE ASSY -MULTIPLE DISK | NEW | 286,000.00 | USD | 1 | 286,000.00 |
| **According to agreement:** | | | | | | Shipment: | N/A |
| **Payment terms:** | CASH IN AD | | | | | Total: | 286 000.00 |
| **Country of origin:** | | | | | | | |
| **Order priority:** | AOG | | | | | Admin fee: | |
| **A/C Type:** | | | | | | Currency: | USD |
| **Delivery terms:** | DAP DXB/DWC<br>L/T STOCK, 10 days for delivery, 100% prepayment upon getting Form 8130-3 and confirmation delivery terms | | | | | | |

**Please note: PMA is not acceptable.**

Please confirm order receipt by return e-mail or fax & advice shipment details, when they become available.
Notes:
1. Unless otherwise stated, either EASA Form One or as per AMC 145.A.42(a) must accompany aircraft component.
2. For standard parts copy of manufacturer's Certificate of Conformity is required.
3. Full traceability since new or last overhaul is required.
4. For life limited parts Life limit information is required.
5. Original invoices must accompany part(s).
6. Certificate of calibration should accompany tools and equipment

ANN    Order date: 2024-03-07

EXHIBIT A

Page 1 of 1

| PURCHASE ORDER # 01885 | | |
|---|---|---|
| **Order placed to:** | **Order placed by:** | **Deliver to:** |
| Hunt Investments LL<br>1309 Coffeen Avenue<br>Suite 10111, Sheridan, WY 82801, USA<br>Phone:<br>Fax:<br>Contact:<br>E-Mail: | VT AERO TRADING L.L.C<br>Office No- 301, Al Wasl Building,<br>Bur Dubai<br>Dubai<br>United Arab Emirates<br>Phone: +971 56 891 3796<br>Fax:<br>Contact:<br>E-Mail: info@vtaero.com | PARTS OF AMERICA FZCO.<br>DUBAI COMMERCITY<br>BUSINESS CLUSTER BLD3,6<br>UNIT BCB3 319-SD0<br>United Arab Emirates<br>Phone:<br>Fax:<br>Contact:<br>E-Mail:<br>Ship by: NOT APPLICABLE |

| Item: | Part Number: | Description: | CD: | Unit cost: | Currency: | Qty: | Total: |
|---|---|---|---|---|---|---|---|
| 1 | 2-1693-1 | BRAKE ASSY -MULTIPLE DISK | NEW | 275,000.00 | USD | 2 | 550,000.00 |
| | **According to agreement:** | | | | | **Shipment:** | N/A |
| | **Payment terms:** | CASH IN AD | | | | **Total:** | 550 000.00 |
| | **Country of origin:** | | | | | | |
| | **Order priority:** | Critical | | | | **Admin fee:** | |
| | **A/C Type:** | | | | | **Currency:** | USD |
| | **Delivery terms:** | DAP DXB<br>L/T STOCK, 10 days for delivery, 100% prepayment upon getting Form 8130-3 and confirmation delivery terms | | | | | |

**Please note: PMA is not acceptable.**

Please confirm order receipt by return e-mail or fax & advice shipment details, when they become available.

Notes:
1. Unless otherwise stated, either EASA Form One or as per AMC 145.A.42(a) must accompany aircraft component.
2. For standard parts copy of manufacturer's Certificate of Conformity is required.
3. Full traceability since new or last overhaul is required.
4. For life limited parts Life limit information is required.
5. Original invoices must accompany part(s).
6. Certificate of calibration should accompany tools and equipment

           ANN        Order date: 2024-03-18

Page 1 of 1


HUNT INVESTMENTS LLC dba Hunt Aviation
1309 COFFEEN AVE
STE 10001
SHERIDAN, WY
USA
www.huntaviation.com



# HUNT AVIATION

# INVOICE

VT AERO TRADING L.L.C
Office No- 301, Al Wasl Building, Bur Dubai
Dubai
United Arab Emirates
Phone: ? 971 56 891 3796

| | |
|---|---|
| Invoice # | 24-981 |
| Invoice Date | 03/07/2024 |
| Due Date | 03/07/2024 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Product | PART NUMBER: 2-1693-1<br>DESCRIPTION: Brake Assy<br>CONDITION: New<br>CERT: FAA 8130<br><br>*****AOG***** | 286000.00 | 1.00 | 286,000.00 |

<u>NOTES:</u> Payment Terms: Prepaid. No Parts will be shipped without full payment.

Banking Information:

Bank Name: Wells Fargo
Account Number: 1146831050
Routing Number: 121000248
SWIFT: WFBIUS6S
Bank Address: 1515 Pine Street, Redding, CA, USA 96001
Reference: 24-981

| | |
|---|---|
| Subtotal | 286,000.00 |
| Total | 286,000.00 |
| Amount Paid | 0.00 |
| **Balance Due** | **$286,000.00** |

HUNT INVESTMENTS LLC dba Hunt Aviation
1309 COFFEEN AVE
STE 10001
SHERIDAN, WY
USA
www.huntaviation.com



# INVOICE

VT AERO TRADING L.L.C
Office No- 301, Al Wasl Building, Bur Dubai
Dubai
United Arab Emirates
Phone: 971 56 891 3796

| | |
|---|---|
| Invoice # | 24-992 |
| Invoice Date | 03/18/2024 |
| Due Date | 03/18/2024 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Product | PART NUMBER: 2-1693-1<br>DESCRIPTION: Brake Assy<br>CONDITION: New<br>CERT: FAA 8130<br>S/N: 6880 & 6875<br><br>*****AOG***** | 275000.00 | 2.00 | 550,000.00 |

NOTES: Payment Terms: Prepaid.

No Parts will be shipped without full payment.

Banking Information:

Bank Name: Wells Fargo
Account Number: 1146831050
Routing Number: 121000248
SWIFT: WFBIUS6S
Bank Address: 1515 Pine Street, Redding, CA, USA 96001
Reference: 24-992

Terms and Conditions are applicable to all transactions. Terms and conditions are located at huntaviation.com

| | |
|---|---|
| Subtotal | 550,000.00 |
| Total | 550,000.00 |
| Amount Paid | 0.00 |
| Balance Due | $550,000.00 |

|  | PURCHASE ORDER # 01860 |  |
|---|---|---|
| **Order placed to:** | **Order placed by:** | **Deliver to:** |
| Hunt Investments LL<br>1309 Coffeen Avenue<br>Suite 10111, Sheridan, WY 82801, USA<br>Phone:<br>Fax:<br>Contact:<br>E-Mail: | VT AERO TRADING L.L.C<br>Office No- 301, Al Wasl Building,<br>Bur Dubai<br>Dubai<br>United Arab Emirates<br>Phone: +971 56 891 3796<br>Fax:<br>Contact:<br>E-Mail: info@vtaero.com | PARTS OF AMERICA FZCO.<br>DUBAI COMMERCITY<br>BUSINESS CLUSTER BLD3,6<br>UNIT BCB3 319-SD0<br>United Arab Emirates<br>Phone:<br>Fax:<br>Contact:<br>E-Mail:<br>Ship by: NOT APPLICABLE |

| Item: | Part Number: | Description: | CD: | Unit cost: | Currency: | Qty: | Total: |
|---|---|---|---|---|---|---|---|
| 1 | 2-1693-1 | BRAKE ASSY -MULTIPLE DISK | NEW | 286,000.00 | USD | 1 | 286,000.00 |
| **According to agreement:** |  |  |  |  | **Shipment:** | N/A |
| **Payment terms:** | CASH IN AD |  |  |  | **Total:** | 286 000.00 |
| **Country of origin:** |  |  |  |  |  |  |
| **Order priority:** | AOG |  |  |  | **Admin fee:** |  |
| **A/C Type:** |  |  |  |  | **Currency:** | USD |
| **Delivery terms:** | DAP DXB/DWC<br>L/T STOCK, 10 days for delivery, 100% prepayment upon getting Form 8130-3 and confirmation delivery terms |  |  |  |  |  |

**Please note: PMA is not acceptable.**

Please confirm order receipt by return e-mail or fax & advice shipment details, when they become available.

Notes:
1. Unless otherwise stated, either EASA Form One or as per AMC 145.A.42(a) must accompany aircraft component.
2. For standard parts copy of manufacturer's Certificate of Conformity is required.
3. Full traceability since new or last overhaul is required.
4. For life limited parts Life limit information is required.
5. Original invoices must accompany part(s).
6. Certificate of calibration should accompany tools and equipment

ANN                    Order date: 2024-03-07

| PURCHASE ORDER # 01885 | | |
|---|---|---|
| **Order placed to:** | **Order placed by:** | **Deliver to:** |
| Hunt Investments LL<br>1309 Coffeen Avenue<br>Suite 10111, Sheridan, WY 82801, USA<br><br>Phone:<br>Fax:<br>Contact:<br>E-Mail: | VT AERO TRADING L.L.C<br>Office No- 301, Al Wasl Building,<br>Bur Dubai<br>Dubai<br>United Arab Emirates<br>Phone: +971 56 891 3796<br>Fax:<br>Contact:<br>E-Mail: info@vtaero.com | PARTS OF AMERICA FZCO.<br>DUBAI COMMERCITY<br>BUSINESS CLUSTER BLD3,6<br>UNIT BCB3 319-SD0<br>United Arab Emirates<br>Phone:<br>Fax:<br>Contact:<br>E-Mail:<br>Ship by: NOT APPLICABLE |

| Item: | Part Number: | Description: | CD: | Unit cost: | Currency: | Qty: | Total: |
|---|---|---|---|---|---|---|---|
| 1 | 2-1693-1 | BRAKE ASSY -MULTIPLE DISK | NEW | 275,000.00 | USD | 2 | 550,000.00 |
| **According to agreement:** | | | | | | **Shipment:** | N/A |
| **Payment terms:** | | CASH IN AD | | | | **Total:** | 550 000.00 |
| **Country of origin:** | | | | | | | |
| **Order priority:** | | Critical | | | | **Admin fee:** | |
| **A/C Type:** | | | | | | **Currency:** | USD |
| **Delivery terms:** | | DAP DXB<br>L/T STOCK, 10 days for delivery, 100% prepayment upon getting Form 8130-3 and confirmation delivery terms | | | | | |

**Please note: PMA is not acceptable.**

Please confirm order receipt by return e-mail or fax & advice shipment details, when they become available.

Notes:
1. Unless otherwise stated, either EASA Form One or as per AMC 145.A.42(a) must accompany aircraft component.
2. For standard parts copy of manufacturer's Certificate of Conformity is required.
3. Full traceability since new or last overhaul is required.
4. For life limited parts Life limit information is required.
5. Original invoices must accompany part(s).
6. Certificate of calibration should accompany tools and equipment

ANN                    Order date: 2024-03-18

Page 1 of 1