

First Abu Dhabi Bank PJSC SWIFT:NBADAEAAXXX
Zayed 2nd Street
PO 6316
Abu Dhabi

**Transfer with FAB**

Transfer with FAB

Preview of the current unsigned transaction record:

## Event Details

| | |
|---|---|
| Company Name: | VTAERO |
| Product Code: | Fund Transfer |
| Sub Product Code: | International Transfer |
| Type: | New |
| System ID: | FT26513244537290 |
| Issue Date: | 09/03/2024 |
| Customer Reference: | 8798 |
| Issuing Bank Name: | First Abu Dhabi Bank PJSC |
| Initiation Date: | 09/03/2024 |
| Transfer Options: | Debit Amount |
| Debit Currency and Amount: | USD 286,000.00 |
| Transfer Currency and Amount: | USD 286,000.00 |

## Debit Account

| | |
|---|---|
| Entity: | 5738159 |
| Transfer From: | AED 1191325983637001 VT AERO TRADING LLC |
| Bank: | First Abu Dhabi Bank PJSC |
| Payment Type: | International Transfer |
| System ID: | FT26513244537290 |
| Initiation Date: | 09/03/2024 |

## Beneficiary Details

| | |
|---|---|
| Beneficiary ID: | **HUNT INVESTMENTS LLC** |
| Name: | **HUNT INVESTMENTS LLC** |
| Account Type: | **IBAN** |
| Beneficiary IBAN/ Account: | **USD 1146831050** |
| Beneficiary Currency: | **USD** |

## Transaction Details

| | |
|---|---|
| Debit Currency and Amount: | USD 286,000.00 |
| Transfer Amount: | USD 286,000.00 |
| Payment Value Date: | 09/03/2024 |
| Payment Details: | INV 24-981 dated 07.03.2024 |
| Customer Reference: | 8798 |
| Transaction Type Code: | Goods bought-Imports in cif value(GDI) |

EXHIBIT B




{1:F01NBADAEAAAONL0000000000}{2:CHASUS33XXX {4:
:20:FT241002DK531
:23B:CRED
:32A:240325 USD275000,00
:33B:AED1015575,00
:36:3,693000
:50K:/AE840351191325987146001
SILVER STAR RADIANCE TRADING LLC
PO BOX 312762 58 0 MS AL GURG AL SU
Q DUBAI UAE
AE
:57A:WFBIUS6S
:59:/1146831050
HUNT INVESTMENTS LLC
1309 COFEEN AVENUE
WYOMING
UNITED STATES
:70:AS PER INVOICE NO 24-992
DATED 18.03.2024
:71A:OUR
:77B:/ORDERRES/AE//GDI/
-}




{1:F01NBADAEAAAONL0000000000}{2:CHASUS33XXX {4:
:20:FT241002F1911
:23B:CRED
:32A:240325 USD275000,00
:33B:AED1015575,00
:36:3,693000
:50K:/AE840351191325987146001
SILVER STAR RADIANCE TRADING LLC
PO BOX 312762 58 0 MS AL GURG AL SU
Q DUBAI UAE
AE
:57A:WFBIUS6S
:59:/1146831050
HUNT INVESTMENTS LLC
1309 COFEEN AVENUE
WYOMING
UNITED STATES
:70:AS PER INVOICE NO 24-992
DATED 18.03.2024
:71A:OUR
:77B:/ORDERRES/AE//GDI/
-}