From: VTAero team <purchasing@vtaero.ae>
Subject: Re: PO#01885
Date: April 8, 2024 at 8:16:41 PM EDT
To: Jack Hunt <jack@hunt.investments>

Dear Jack,

we again received incorrect PN of brakes. (see enclosed phots)

Urgently provide curent status of our brakes, and advise when it will be at DXB?

The arrived brakes you can pick up frm our facility, please advise your agent details adn shipping details (for preparation return shipping docs)

Regards,

Ann

On 04.04.2024 6:21, Jack Hunt wrote:
Anna

Flight departed. There is no space FRA-DXB



tomorrow. Cargo will be in DXB in Saturday for release. The agent will contact you upon arrival. We got the wire confirmation for the 275k to Bank of America we will advise when received

Sorry for the delays. EK took one freighter offline kn the route LAX-DXB now only LH and QR flying and this cargo can only go on a freighter. We also had a wood crate issue at export but resolved that as there was not a wood stamp on one

We apologize for the inconvenience but cargo en route.

Jack

On Monday, April 1, 2024, VTAero team <purchasing@vtaero.ae> wrote:
I have information that payment is in consignee bank.

On 01.04.2024 20:24, Jack Hunt wrote:
Hi Anna

Tomorrow is the first business day after easter, we are trying to get a team member to go and take pictures before release to airline, we are also waiting for AWB from freight forwarder. Easter weekend delayed everything. Do you know if second payment cleared your end? We are still waiting for it

Jack

On Mon, Apr 1, 2024 at 10:11 AM VTAero team
<purchasing@vtaero.ae> wrote:
Dear Jack,

please update status and provide photos and shipping
docs

Regards,

Anna

On 28.03.2024 2:00, Jack Hunt wrote:
Anna

To confirm, we received one payment today, waiting
on the second one and getting the replacement unit
ready for a 3 brake shipment to you asap.

Let me know when the second payment will arrive, we
are planning to ship over this coming weekend

Jack

On Tue, Mar 26, 2024 at 9:17 AM Jack Hunt
<jack@hunt.investments> wrote:

Anna

Please see attached from our bank. No funds here.

On Tuesday, March 26, 2024, Jack Hunt
<jack@hunt.investments> wrote:
Hi Anna

As of now we have not received any of the funds, we
will keep checking today and advise

On Tuesday, March 26, 2024, VTAero team
<purchasing@vtaero.ae> wrote:
Dear Jack,

IAW  our fin colleagues, they see that one payment
has status "Received by beneficiary"

Regards,

Anna


On 26.03.2024 16:13, Jack Hunt wrote:
Hi Anna

We still do not have any funds can you check again if
any issue at your bank

On Monday, March 25, 2024, Jack Hunt

<jack@hunt.investments> wrote:

Thanks Anna

Seeing value date is today we will get funds tomorrow hopefully and send shipping confirmation

On Monday, March 25, 2024, VTAero team <purchasing@vtaero.ae> wrote:

Dear Jack,

please see swifts

Waiting for confirmation frm your side and shipping details

Regards,

Anna

On 25.03.2024 6:20, Jack Hunt wrote:

Anna

Please advise if payment was made again for the brakes and if so please send SWIFT?

Jack

On Thursday, March 21, 2024, Jack Hunt
<jack@hunt.investments> wrote:
Hi Anna

No funds received as yet for the brakes. We checked
with our bank and they sent a message to your bank
but no response

Do you know why the delay? Brakes are ready to
ship.

Jack

On Thursday, March 21, 2024, Jack Hunt
<jack@hunt.investments> wrote:
Thanks keep me posted please

On Thursday, March 21, 2024, VTAero team
<purchasing@vtaero.ae> wrote:
Dear Jack,

will check with bank


Regards,

Anna

On 21.03.2024 3:05, Jack Hunt wrote:
Hi

We are waiting on funds to credit and will then ship.
Brakes are ready

Jack

On Monday, March 18, 2024, Jack Hunt
<jack@hunt.investments> wrote:
Thank you for your PO, please see attached the PI
and 8130 documentation.

We have shipped parts from vendor and we will be
ready to ship these with EK by Thursday should we
receive payment copy on Tuesday

On Mon, Mar 18, 2024 at 6:31 AM Jack Hunt
<jack@hunt.investments> wrote:
Thanks we will send paperwork and PI today

On Monday, March 18, 2024, VTAero team
<purchasing@vtaero.ae> wrote:
Dear colleagues,

as agreed please see enclosed PO#01885 for 2 ea
brakes.
Kindly ask you provide certificate and PI

Regards,

Anna

Jack Hunt
Hunt Investments

jack@hunt.investments
www.hunt.investments

Jack Hunt
Hunt Investments

jack@hunt.investments
www.hunt.investments

## Jack Hunt

Hunt Investments

jack@hunt.investments
www.hunt.investments

## Jack Hunt

Hunt Investments

jack@hunt.investments
www.hunt.investments

## Jack Hunt

Hunt Investments

jack@hunt.investments
www.hunt.investments

Hunt Investments

jack@hunt.investments
www.hunt.investments


Jack Hunt

Hunt Investments

jack@hunt.investments
www.hunt.investments


Jack Hunt

Hunt Investments

jack@hunt.investments
www.hunt.investments

## Jack Hunt

Hunt Investments

[jack@hunt.investments](mailto:jack@hunt.investments)
[www.hunt.investments](http://www.hunt.investments)

## Jack Hunt

Hunt Investments

## Jack Hunt

Hunt Investments

[jack@hunt.investments](mailto:jack@hunt.investments)
[www.hunt.investments](http://www.hunt.investments)